**Exhibit A to the Complaint**

**Location:** New Braunfels, TX  **IP Address:** 70.114.2.99
**Total Works Infringed:** 24  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: DF13DBDC5953B38B3E5133F037BCC8E8AF0F468D<br>File Hash:<br>C34BA05DE519722211D78E80F30F1DBCCF669B8F44E350B62FF21AEFD8E95C46 | 06-29-2022 19:56:02 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 2 | Info Hash: 7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE<br>File Hash:<br>9BE67B021A11DC3292BCE207B18A2311A31D90B10A04F549569DC1E091AE7C9A | 06-29-2022 19:55:41 | Blacked Raw | 10-24-2018 | 11-25-2018 | PA0002137640 |
| 3 | Info Hash: 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0<br>File Hash:<br>C37AF8553805F6A6564CD2DA3705A9DAFD128B2939D7AA101D686499D196A471 | 06-29-2022 16:16:07 | Blacked Raw | 08-05-2018 | 09-01-2018 | PA0002119682 |
| 4 | Info Hash: 05A7B52E88CC9418AD100770A8B91C7FCBB1C243<br>File Hash:<br>BEFADF46F75084FE9D72C5C17C867576423934986E024947FA06A1ABB7E2DBE2 | 06-29-2022 16:14:20 | Blacked Raw | 04-22-2018 | 05-24-2018 | PA0002101381 |
| 5 | Info Hash: 9E327416325533C3D0F6B592CD2F8F3F70FC1D0A<br>File Hash:<br>BB53292CCC77CAC9E8F30E027AC2F15221938C8CE0E3E907C5957FC576F75245 | 06-29-2022 16:10:22 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 6 | Info Hash: FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash:<br>A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 06-28-2022 13:45:52 | Vixen | 01-14-2019 | 02-02-2019 | PA0002155387 |
| 7 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash:<br>743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 06-27-2022 20:11:47 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 8 | Info Hash: DB0A6C09AFAD8158D7C66AA690789A4FFF1E420F<br>File Hash:<br>16C7BFE26C8FD0235DF2F746F947F27F88764464E2AA3A5129A6ADAA2B4B8F67 | 06-27-2022 20:05:01 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 9 | Info Hash: 5EBAA857DB4CB94E7B579561C0FBE666094E0A10<br>File Hash:<br>1FC7F6CAF9BCD0764A89E8ABD1F6E4A77DC4710FA7FAE67E76670DF36E184092 | 06-13-2022 21:17:16 | Blacked Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 10 | Info Hash: FEBC3D3ADC2BD4AA9E0EE1AAD1491BD4B0CB1AE3<br>File Hash:<br>2192139EC42B8CC24E6CF8507C7BEAB8D50B27875F9848FF48E68905937C51A2 | 06-13-2022 20:43:56 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 11 | Info Hash: 3C6D5785FDC3A9947EA11D9923048076FDE43B96<br>File Hash:<br>CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 06-13-2022 20:42:11 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC<br>File Hash:<br>262B5FB839942C0084068E0031AADA76ED68D812EC7C6AEF113473B261AE1A29 | 06-13-2022<br>20:41:59 | Blacked Raw | 04-07-2019 | 05-28-2019 | PA0002200775 |
| 13 | Info Hash: 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC<br>File Hash:<br>FE6FD35082C56D4DBBAEEFF99C16EAAB45C0602F2365CD617DFDDD89F06D73AD | 06-03-2022<br>20:35:05 | Blacked Raw | 03-28-2018 | 04-12-2018 | PA0002091513 |
| 14 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash:<br>43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 06-03-2022<br>20:33:38 | Vixen | 04-24-2018 | 06-19-2018 | PA0002126671 |
| 15 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash:<br>EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-13-2022<br>19:29:18 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 16 | Info Hash: F4564B01B8BEA3C8E6AF2B2CD6DE955D31637880<br>File Hash:<br>73E011D3D8ED4641F35C1EAF3696D332B2E07BD9910E55AE95DE1FED1188E1C4 | 04-28-2022<br>16:09:12 | Blacked | 12-16-2018 | 02-02-2019 | PA0002154976 |
| 17 | Info Hash: 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A<br>File Hash:<br>F997341CFEA250813769A2C58B8CE85C90588C532B71CC9E69B3CB9329FA7EA7 | 04-28-2022<br>16:09:00 | Blacked Raw | 07-26-2018 | 09-01-2018 | PA0002119594 |
| 18 | Info Hash: 83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash:<br>EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 04-28-2022<br>16:08:50 | Blacked | 04-10-2018 | 05-23-2018 | PA0002101304 |
| 19 | Info Hash: 272E754C63E93B5DE615DE9798364C9433033A38<br>File Hash:<br>5BBA8184DA2AEDEE912499158A064D785750AD453CBE08519B52C6D060A2B9A8 | 04-15-2022<br>02:24:55 | Blacked | 04-09-2022 | 04-23-2022 | PA0002346430 |
| 20 | Info Hash: 36AE7939C7E36E36FB353F65662F29DE45B5BAA8<br>File Hash:<br>2DE3EA8FE0CAEE49ED3A0F2A9CEA24B3CC19FCB1CBAB241D9127F64232465F23 | 04-13-2022<br>14:16:05 | Blacked Raw | 04-11-2022 | 04-23-2022 | PA0002346408 |
| 21 | Info Hash: E3A72A492A2E14A9260626FF1A342DA717136519<br>File Hash:<br>C911DD30E086AEB12A5B2525A4557B48FAEB8067A18B929DC750964EB1C8B232 | 03-10-2022<br>14:06:36 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 22 | Info Hash: 3686A7DACD91AD65EA1FE01F6818B096CE493BB7<br>File Hash:<br>92E18C1E32D03122DE9890F2449FDB74FE2B91D7C843BC1737BA0205566143CC | 03-10-2022<br>14:03:28 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |
| 23 | Info Hash: 2086A77461DFEF73723AD2CDEB02004EE26C8A9E<br>File Hash:<br>CE9E75C0892054B49B6AD9D588CF934BAEA2F1B0DF2AF6B0836A3CB497E65638 | 03-03-2022<br>13:42:08 | Blacked Raw | 02-28-2022 | 03-29-2022 | PA0002342857 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 4BD4EAA1DC0958A48BD37DA0BA02AD893D39EE77<br>File Hash:<br>9F1E37B3F2A0C927923C2EC99CCFDDF270BFAABCA818E19E1583E1001155A264 | 02-14-2022 20:05:09 | Vixen | 11-20-2017 | 01-04-2018 | PA0002069354 |